**PHILLIPS DAYES LAW GROUP PC**
ATTORNEYS AT LAW
Suite 1500
3101 North Central Avenue
Phoenix, Arizona 85012
(602) 288-1610
minute_entries@phillipslaw.com

JOHN L. COLLINS
Arizona Bar No. 030351
johnc@phillipsdayeslaw.com
TREY DAYES
Arizona Bar No. 020805
treyd@phillipsdayeslaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Amy McGough; Joshua Reyes; and Monte McRae;<br><br>   Plaintiffs,<br><br>   vs.<br><br>Phoenix AZ Power Sweep, Inc., an Arizona corporation; and Todd Woods and Michelle Woods, husband and wife;<br><br>   Defendants. | Case No.: CV-14-300-PHX-LOA<br><br>**NOTICE OF DISMISSAL** |

//

//

//

//

//

Plaintiffs, by and through Counsel of record, and pursuant to Rule 41(1)(A)(i), due to the filing of bankruptcy by all Defendants, before any opposing party has served a responsive pleading, hereby dismiss each of their claims without prejudice.

Dated April 30, 2014

                              Respectfully submitted,

                              **PHILLIPS DAYES LAW GROUP PC**

                              By: */s/ John L. Collins*
                                   John L. Collins
                                   Arizona Bar No. 030351
                                   johnc@phillipsdayeslaw.com

                              Attorney for Plaintiffs